IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* **[Non-Prisoner] Complaint Form**

*Enter the full name of the plaintiff in this action*     )
                                                          )     Civil Action No.  0:06-590-CMC-BM
                                                          )     *(to be assigned by Clerk)*
                                                          )
Robert J. Tretola
v.

*Enter below the full name of defendant(s) in this action. If possible, please list only one defendant per line.*

Ronald M. Singer
Christopher Cozad
Southcross Surgery Center, LLC
Southcross Management Group, LLC
Southcross Development Co., LLC
Kevin A. O'Brien, Esquire
Alston & Byrd LLP
Marguerite S. Willis
Nexsen Pruet Adams Kleemeier, LLC
Scott C. Nehrbass, Esquire
Shook, Hardy & Bacon, LLP

*If allowed by statute, do you wish to have a trial by jury?*     Yes [x]     No [ ]

## I. PREVIOUS LAWSUITS

A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes [x]     No [ ]

B.  *If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.*

   1. Parties to this previous lawsuit:

      Plaintiff: Robert J. Tretola

      Defendant(s): Ronald M. Singer, Christopher Cozad, Southcross Surgery Center, LLC

   2. Court: Lancaster
      *(If federal court, name the district; if state court, name the county)*

   3. Docket Number: 03-CP-29-246

   4. Name(s) of Judge(s) to whom case was assigned: Kenneth Goode, D. Garrison Hill

   5. Status of Case: Appealed Summary Judgement
      *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

   6. Date lawsuit was filed: March 2003

   7. Date of disposition (if concluded): _____

C. *Do you have any other lawsuits pending in the federal court in South Carolina?*

   Yes [ ]    No [x]

## II. PARTIES

*In Item A below, place your name and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Robert J. Tretola

   Address: 1228 Colonial Commons, Lancaster, SC 29720

*In Item B below, place the full name of the defendant; and his, her, or its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Ronald M. Singer

   Address: 10512 Park Road, Ste. 113
            Charlotte, NC. 28210

2

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

    See attached page

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.*

    See attached page

## III. STATEMENT OF CLAIM - *continued*.

    See attached page

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

See attached page

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___February___ day of ___27___, ___2006___.

_____
Signature of Plaintiff