UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DISTRICT

|  |  |
|---|---|
| Robert J. Tretola, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 0:06-590-CMC-BM |
| Ronald M. Singer, Christopher Cozad, | ) |
| South Cross Surgery Center, LLC, | ) |
| South Cross Management Groups, LLC, | ) STIPULATION OF |
| South Cross Development Co., LLC, | ) DISMISSAL |
| Kevin A. O'Brien, Esquire, Alston & Bird, LLP, | ) WITH PREJUDICE |
| Marguerite S. Willis, Nexsen Pruet Adams | ) |
| Kleemeier, LLC, Scott C. Nehrbass, Esquire, Shook, | ) |
| Hardy, & Baron, LLP, | ) |
| Defendants. | ) |
| | ) |

PURSUANT to FRCP Rule 41 (a) (1), the Plaintiff and the Defendants, by and through their undersigned attorneys of record, do hereby Stipulate to a Dismissal of this action with prejudice pursuant to a Settlement Agreement executed by the remaining Defendants and the Plaintiff.

The Clerk of Court for the U.S. District Court of South Carolina is hereby authorized to enter this Stipulation of Dismissal.

Hammond A. Beale Federal I.D. No. 1254
Palmetto Law Center, P.C.
791 Greenlawn Drive Suite 2
P.O. Box 9526
Columbia, SC 29290
(803) 783-4570
ATTORNEY FOR THE PLAINTIFF
Robert J. Tretola

November ___, 2006
Columbia, S.C.

Kevin A. O'Brien  Fed ID N. 9177
Jason M. Sneed
Alston & Bird L.L.P
Bank of America Plaza
101 South Tryon St., Suite 4000
Charlotte, N.C. 28280-4000
(704) 444-1000
ATTORNEYS FOR DEFENDANTS
Ronald M. Singer, Christopher Cozad,
South Cross Surgery Center, LLC,
South Cross Management Group, LLC,
South Cross Development Group, LLC

November ___, 2006
Charlotte, N.C.